# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Conmed Corporation**

       Petitioner

vs.                                **CASE NUMBER: 6:21-cv-1245 (BKS)**

**First Choice Prosthetic & Orthopedic Service, Inc.**

       Respondent

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that Conmed Corporation's Petition to Partially Vacate an Arbitration Award (Dkt. No. 1) is DENIED; and it is further ORDERED that First Choice Prosthetic & Orthopedic Service, Inc.'s Cross- Petition to Confirm the Arbitration Award (Dkt. No. 43) is GRANTED; and it is further ORDERED that the Clerk of Court is directed to enter judgment confirming the Final Award (Dkt. No. 1-6).

All of the above pursuant to the order of the Honorable Brenda K. Sannes, dated the 11th day of January, 2023.

DATED: January 11, 2023

_John Domurad_
Clerk of Court

                                       s/Kathy Rogers
                                       Deputy Clerk